ORIGINAL



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 28 2004
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| NOKIA CORPORATION,<br>Petitioner | No. |
| vs. | |
| ERICSSON INC.,<br>Respondent. | |

3 04 CV 2 3 2 0 - K

## NOKIA CORPORATION'S MOTION TO ENFORCE ARBITRAL SUBPOENA PURSUANT TO 9 U.S.C. § 7

Pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et. seq.*, Petitioner Nokia Corporation ("Nokia") files this Motion to enforce an arbitral subpoena served on Respondent Ericsson Inc.

This Motion is filed contemporaneously with Nokia Corporation's Petition to Enforce Arbitral Subpoena. The Subpoena at issue is attached as Exhibit 1 to the Petition. The grounds for this Motion are fully set forth in Nokia's Petition, and in its Brief in Support, which is also filed herewith.

Respectfully submitted, this 28th day of October, 2004.

By: /s/ David W. Elrod
DAVID W. ELROD
Texas State Bar No. 06591900
Attorney-in-Charge
CARL D. GUM, III
Texas State Bar No. 24038380
ELROD P.L.L.C.
500 North Akard
Suite 3000
Dallas, Texas 75201
Tel: 214-953-0182
Fax: 214-953-0185

PETER KONTIO (*Of Counsel*)
Georgia Bar No. 428050
PATRICK J. FLINN (*Of Counsel*)
Georgia Bar No. 264540
KEITH E. BROYLES (*Of Counsel*)
Georgia Bar No. 090152
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

Attorneys for Nokia Corporation

## CERTIFICATE OF CONFERENCE

I hereby certify that on the 27th day of October, 2004, I discussed with Douglas A. Cawley, attorney for Ericsson, Inc., via telephone conference the above Nokia Corporation's motion to enforce arbitral subpoena pursuant to 9 U.S.C. §7. Mr. Cawley advised that he did not intend to produce the documents requested in the arbitration subpoena. Therefore, an agreement could not be reached regarding this motion.

/s/ David W. Elrod
David W. Elrod

## CERTIFICATE OF SERVICE

I certify that the foregoing Nokia Corporation's Motion to Enforce the Arbitral Subpoena Pursuant to 9 U.S.C. § 7 was served, on this 28th day of October, 2004, by First Class Mail to the following:

Ron E. Shulman, Esq.
Michael A. Ladra, Esq.
Mark D. Flanagan, Esq.
Nathan Walker, Esq.
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, California 94304-1050

Dan D. Davison, Esq.
FULBRIGHT & JAWORSKI, L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784

*Attorneys for InterDigital Technology Corporation*

Douglas A. Cawley
McKOOL SMITH
300 Crescent Court, Suite 1500
Dallas, TX 75201

*Attorney for Ericsson Inc.*

_____
David W. Elrod